IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-078 |
| | * | |
| TERRANCE DEMARKUS DEVOE | * | |

O R D E R

In the captioned criminal matter, Defendant Terrance Demarkus Devoe has filed a "Motion for Clarification." Defendant is concerned that the Bureau of Prisons ("BOP") has failed to give him jail time credit against his federal sentence for the time he spent in custody prior to his sentence. Defendant makes clear that he seeks only to have the Court respond to whether it intended to credit him with prior jail time when he was sentenced.[1] Defendant states that he only needs a "simple yes or no." (Def.'s Reply Br., Doc. 39, at 1.) Defendant believes that this Court's intervention in this matter will aid the administrative process with the BOP.

This Court, however, does not involve itself in matters of credit for time served and other length of sentence determinations

---

[1] Defendant points out that he is well aware that judicial relief from his sentence may only be had through filing a habeas petition under 28 U.S.C. § 2241 in the district of confinement, here the District of South Carolina. (See Def.'s Reply Br., Doc. 39.)

(outside of a properly filed § 2241 petition) because these are matters within the province of the BOP's delegated authority under 18 U.S.C. § 3621(a). See United States v. Wilson, 503 U.S. 329, 334-35 (1992). Moreover, the district court will not issue an advisory opinion. See Graham v. Butterworth, 5 F.3d 496, 498-99 (11th Cir. 1993) ("Justiciability . . . seeks to ensure that federal courts address only questions presented in an adversarial context and that the judiciary will not encroach upon the powers of other branches of government.")

Upon the foregoing, then, Defendant's motion for clarification (doc. 37) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA