IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA      *
                              *
v.                            *    CR 117-078
                              *
TERRANCE DEMARKUS DEVOE       *
```

**O R D E R**

On December 16, 2021, this Court sentenced Defendant Terrance Demarkus Devoe to serve 12 months imprisonment upon revocation of his supervised release. At present, Defendant has filed a motion to modify his sentence to 366 days because he indicates he is not eligible for "good time" credit unless his sentence is more than one year. This Court, however, does not have the authority to modify a sentence once it has been imposed with three exceptions, none of which apply here. See 18 U.S.C. § 3582(c)(2). Accordingly, to the extent Defendant seeks a modification of his sentence, even if by one day, the motion must be **DENIED**.

Defendant has also requested that the Court provide unspecified documents to him which reflect the date of the initial indictment, his arrest date, and the date he came into federal custody. He states that he needs these dates to file "legal papers." An indigent defendant does not have an absolute constitutional right to free copies of court records for use in a

collateral proceeding.  Jefferies v. Wainwright, 794 F.2d 1516, 1518 (11th Cir. 1986) ("Denial of a free transcript to an indigent defendant is unconstitutional only where the transcript is valuable to the defense and no functional alternatives exist."); see also United States v. MacCollom, 426 U.S. 317 (1976).  Here, Defendant does not even have a pending matter before the Court to assess his need for the documents.  Besides, the Court is uncertain exactly what documents he seeks and the relevance of those documents to the revoked term of imprisonment he is currently serving.

Upon the foregoing, Defendant's motion for relief (doc. 63) is **DENIED** in every respect.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA